In the Matter of PAUL J. LeVINE, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Petitioner.

Second Department, February 19, 1991

**APPEARANCES OF COUNSEL**

*Gary L. Casella (Leslie S. Evans* of counsel), for petitioner.

**OPINION OF THE COURT**

Per Curiam.

The respondent died on October 17, 1990. Consequently, the proceeding has abated *(see,* CPLR 5016), and accordingly the petition must be dismissed.

MANGANO, P. J., THOMPSON, BRACKEN, BROWN and LAW-RENCE, JJ., concur.

Ordered that the petition is dismissed on the ground that the proceeding abated upon the death of the respondent.